United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH MATTHEW HALL,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | Case No. 19-cv-08314-HSG<br><br>**JUDGMENT** |

    The instant petition for a writ of habeas corpus is DENIED as untimely, and a certificate of appealability is DENIED.  The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

Dated: 9/28/2020

                                                                      _____
                                                                       HAYWOOD S. GILLIAM, JR.
                                                                       United States District Judge